IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| | ) | |
| *In re CNHI Data Breach Litigation* | ) | Case Nos. 2:25-cv-980-RAH, |
| | ) | 2:25-cv-997-RAH, |
| | ) | 2:25-cv-1002-RAH, |
| | ) | 2:25-cv-1002-RAH, |
| | ) | 2:25-cv-1004-RAH, |
| | ) | 2:25-cv-1008-RAH, |
| | ) | 2:25-cv-1010-RAH, |
| | ) | 2:25-cv-1018-RAH, |
| | ) | 2:25-cv-1019-RAH |
| | ) | |

**ORDER and FINAL JUDGMENT**

Before the Court is Plaintiffs' *Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(i)* (doc. 51), filed on June 19, 2026. Fed. R. Civ. P. 41(a)(1)(A)(i) permits voluntary dismissal by a plaintiff "before the opposing party serves either an answer or a motion for summary judgment[.]" Under Fed. R. Civ. P. 41(a)(1)(B), such dismissal is "without prejudice."

Because the notice of dismissal comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against the Defendant have been dismissed by operation of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Clerk of the Court is **DIRECTED** to enter this document in the consolidated action as well as in the respective individual actions (2:25-cv-997-RAH; 2:25-cv-1002-RAH; 2:25-cv-1002-RAH; 2:25-cv-1004-RAH; 2:25-cv-1008-RAH; 2:25-cv-1010-RAH; 2:25-cv-1018-RAH; 2:25-cv-1019-RAH) as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The pending *Motion to Dismiss* (doc. 48) is **DENIED** as moot.

**DONE** and **ORDERED** on this the 22nd day of June 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE